IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02338-MSK-MEH

ROBERTO BRANCATO, as parent and next friend of R.B., a minor child, and
ROCHELLE BRANCATO, individually,

    Plaintiffs,

v.

MARY PANIO,
EDRA WEISS,
CAROL OLSON,
WHITNEY HARRAH,
SCOTT JUAREZ,
JANE JORDAN,
ALEXANDER PANIO, JR., and
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 3, 2013.**

    This matter comes before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Scheduling Conference currently set for January 7, 2013 at 9:30 a.m. will now commence at **9:45 a.m.** that same day in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. All other aspects of this Court's December 6, 2012 order remain in effect.