IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02338-MSK-MEH

ROBERT BRANCATO, individually and as parent and next friend of R.B., a minor child; and ROCHELLE BRANCATO, individually,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado corporation;
CAROL OLSON;
WHITNEY HARRAH;
SCOTT JUAREZ; and
JANE JORDAN,

    Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulation for Dismissal Without Prejudice of Defendant Edra Weiss, M.D. (Stipulation) **(#58)** filed January 2, 2013.

**IT IS HEREBY ORDERED** that all claims asserted by and between Plaintiffs and Defendant Edra Weiss, M.D. are hereby dismissed without prejudice, each party to pay his, her or its own attorney fees.  All future captions shall omit Edra Weiss, M.D.

DATED this 9th day of January, 2013.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        Chief United States District Judge