IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02338-MSK-MEH

ROBERTO BRANCATO, as parent and next friend of R.B., a minor child, and
ROCHELLE BRANCATO, individually,

    Plaintiffs,

v.

MARY PANIO,
CAROL OLSON,
WHITNEY HARRAH,
SCOTT JUAREZ,
JANE JORDAN,
ALEXANDER PANIO, JR., and
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2013.**

    Before the Court is Plaintiffs' Amended Motion for Leave to Amend Complaint [filed March 19, 2013; docket #78]. The Court has reviewed the motion and the attached proposed amended complaint. Plaintiffs contend that they seek to "rejoin" former Defendant Edra Weiss as a party and that "[t]here are no other major substantive changes to the existing complaint." Motion, ¶ 4. However, while Dr. Weiss was already a defendant included in the original complaint, the proposed pleading now contains two more pages than the original complaint. Plaintiffs provide no explanation for the additional information and, as such, the Court cannot determine whether justice requires the amendments. Furthermore, the Court notes that the paragraph numbering in the proposed pleading is inconsistent. Therefore, the motion is **denied without prejudice**; the Court will allow the Plaintiffs to re-file the motion a third time to comply with this order and all applicable federal and local court rules.