IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02338-MSK-MEH

ROBERTO BRANCATO, individually and as parent and next friend of R.B., a minor child, and ROCHELLE BRANCATO, individually,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.,
MARY PANIO,
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC.,
EDRA WEISS, M.D.,
CAROL OLSON,
WHITNEY HARRAH,
SCOTT JUAREZ,
JEFFREY NELSON, and
JANE JORDAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2013.**

    In the interest of justice, Plaintiffs' unopposed Second Amended Motion for Leave to Amend Complaint [filed March 25, 2013; docket #81] is **granted**. The Clerk of the Court shall file the Amended Complaint and Jury Demand, located at docket #81-1. The Defendants currently named in the case shall respond to the amended pleading in accordance with Fed. R. Civ. P. 15(a). Otherwise, the Plaintiffs shall serve the amended pleading upon the remaining Defendants in accordance with Fed. R. Civ. P. 4 on or before April 10, 2013, and shall thereafter file returns with the Court demonstrating they have effected such service.