IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02338-RPM

ROBERT BRANCATO, individually and as parent and next friend of R.B.,
a minor child; and ROCHELLE BRANCATO, individually,

      Plaintiffs,

v.

ALEXANDER PANIO, JR.; MARY PANIO; ADOLESCENT AND
FAMILY INSTITUTE OF COLORADO, INC., A Colorado Corporation;
EDRA WEISS, MD; CAROL OLSON; WHITNEY HARRAH; SCOTT
JUAREZ; JEFFREY NELSON and JANE JORDAN,

      Defendants.

_____

ORDER VACATING SCHEDULING ORDER AND ORDER OF REFERENCE TO
MAGISTRATE JUDGE HEGARTY
_____

On July 12, 2013, plaintiffs filed an unopposed motion to modify the existing

Scheduling Order [67].  In view of this Court's case management procedures, it is

ORDERED that the order of reference to Magistrate Judge Michael E. Hegarty is

vacated, and it is

FURTHER ORDERED that the Scheduling Order entered on January 7, 2013, is

vacated.

DATED: July 15th, 2013

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior Judge