IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02338-RPM

Plaintiffs,

ROBERT BRANCATO, individually and as parent and next friend of R.B., a minor child; and ROCHELLE BRANCATO, individually,

v.

ALEXANDER PANIO, J.R.; MARY PANIO; ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., A Colorado Corporation; EDRA WEISS; CAROL OLSON; WHITNEY HARRAH; SCOTT JUAREZ; and JANE JORDAN,

Defendants.

_____

**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(2) (CAROL OLSON)**
_____

THIS MATTER COMES before the Court on the joint motion to dismiss Carol Olson from the case with prejudice. The Court, having reviewed the joint motion and being fully apprised in its premises hereby GRANTS the motion.

IT IS SO ORDERED that Defendant Carol Olson is dismissed with prejudice from the above captioned case, with each party to pay their own attorney fees and costs.

DATED this 19th Day of August, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge