IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02338-RPM

ROBERT BRANCATO, individually and as parent and next friend of R.B.,
a minor child; and
ROCHELLE BRANCATO, individually,

       Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., A Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
SCOTT JUAREZ;
JEFFREY NELSON and
JANE JORDAN,

       Defendants.

_____

ORDER OF DISMISSAL
_____

       Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2),

filed July 1, 2014, it is

       ORDERED that this action is dismissed with prejudice, each party to bear their own

attorneys' fees and costs.

       DATED:   July 2, 2014

                  BY THE COURT:


                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior Judge